**In re: Jonita V. WILLIAMS, Debtor.**

**Jonita V. Williams, Debtor—Appellant,**

v.

**EMC Mortgage Company, Incorporated, Defendant—Appellee.**

No. 05–1769.

United States Court of Appeals, Fourth Circuit.

Submitted: April 27, 2006.

Decided: May 1, 2006.

Jonita V. Williams, Appellant Pro Se. Diane Sally Rosenberg, Mark David Meyer, Rosenberg & Associates, LLC, Bethesda, Maryland, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jonita V. Williams appeals from the district court's order affirming the bankruptcy court's orders dismissing her adversary proceeding pursuant to a settlement agreement and denying her motion for reconsideration of that dismissal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Williams v. EMC Mortgage Co.*, Nos. CA–05–148; BK–03–13364; AP–04–1008 (E.D. Va. filed June 10, 2005; entered June 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*